JOHN W. GREENE, as Administrator, etc., Respondent, *v.* JOHN MARTINE, as Executor, etc., et al., Appellants.

(Argued January 27, 1881; decided February 8, 1881.)

REPORTED below (21 Hun, 136).

*Charles A. Jackson* for appellants.

*G. Tillotson* for respondent.

Agree to affirm on *Coit* v. *Campbell* (82 N. Y. 509).
All concur.
Judgment affirmed.

---

MARION B. HOLYOKE, as Executrix, etc., Appellant, *v.* UNION MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Argued January 27, 1881; decided February 8, 1881.

REPORTED below (22 Hun, 75).

*Edward B. Cowles* for appellant.

*Merritt E. Sawyer* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.